1  GERALD A. KLEIN, P.C. – Bar No. 107727
   MARK B. WILSON, P.C. – Bar No. 137400
2  KLEIN & WILSON
   A Partnership of Professional Corporations
3  326 Old Newport Boulevard
   Newport Beach, California  92663
4  (949) 631-3300; Facsimile: (949) 631-3703

5  Attorneys for Plaintiff Girl Mania, Inc.

6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11  GIRL MANIA, INC., a California       )   Case No. SACV05-666 CJC (MLGx)
    corporation,                        )
12                                       )
              Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
13                                       )   **COPYRIGHT INFRINGEMENT**
         vs.                             )   **CLAIM AGAINST FEDERATED**
14                                       )   **RETAIL HOLDINGS, INC.**
    FEDERATED RETAIL                     )
15  HOLDINGS, INC., a New York           )
    corporation,                         )
16                                       )
              Defendant.                 )
17  _____ )

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

GIRL FEDERATED\PLD\017
(4/17/06)

-1-

1       Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Girl Mania, Inc. and

2 defendant Federated Retail Holdings, Inc. stipulate that Girl Mania, Inc.'s claim for

3 copyright infringement is dismissed with prejudice.

4

5

6 Dated: ~~March~~ April 5, 2006

7

8

9

10 Dated: March 31, 2006

11

12

13      IT IS SO ORDERED.

14

15 Dated: April 19, 2006

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK B. WILSON
KLEIN & WILSON

Mark B. Wilson
Attorneys for Plaintiff Girl Mania, Inc.

SUZANNE WOODARD, ESQ.
FEDERATED RETAIL HOLDINGS, INC.

Suzanne Woodard, Esq.
Attorneys for The May Department Stores
Company

The Honorable Cormac J. Carney

GIRL.FEDERATED\PI.DVII17
(3/27/06)

-2-

1

## PROOF OF SERVICE BY MAIL
### (Declaration)

2

3    STATE OF CALIFORNIA, COUNTY OF ORANGE

4        I am employed in the County of Orange, State of California.

5        I am over the age of 18 and not a party to the within action. My business
address is 326 Old Newport Boulevard, Newport Beach, California 92663.

6

         On **April 17, 2006,** I served the foregoing document described as
7    **STIPULATION FOR DISMISSAL OF COPYRIGHT INFRINGEMENT
     CLAIM AGAINST FEDERATED RETAIL HOLDINGS, INC.** on the interested
8    party in this action by placing a true copy thereof enclosed in a sealed envelope
     addressed as follows:

9

              Suzanne Woodard, Esq.
10            Federated Retail Holdings, Inc.
              Office of Legal Counsel
11            611 Olive Street, Suite 1750
              Saint Louis, MO 63101

12

         I am "readily familiar" with the firm's practice of collection and processing
13   correspondence for mailing. Under that practice it would be deposited with the U.S.
     Postal Service on that same day, with postage thereon fully prepaid at Newport
14   Beach, California in the ordinary course of business. I am aware that on motion of
     the party served, service is presumed invalid if postal cancellation or postage meter
15   date is more than one day after date of deposit for mailing in affidavit.

16       Executed on **April 17, 2006,** at Newport Beach, California.

17       I declare that I am employed in the office of a member of the bar of this court
     at whose direction the service was made.

18

19

20                                              Andrea J. Foley

21

22

23

24

25

26

27

28

GIRL FEDERATED\PLD\017
(4/17/06)